IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 15-2254 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| TRUST OFFICE; JUDGE AUBREY COLLINGS; JUDGE WEINSTEIN, | |
| Defendants. / | |

Plaintiff is a California prisoner incarcerated at the Atascadero State Hospital who filed this pro se civil action. He claims that defendants violated the Federal Tort Claims Act in San Luis Obispo County, where Atascadero State Hospital is located. San Luis Obispo County is located within the venue of the United States District Court for the Central District of California. Venue for civil rights claims concerning the conditions of his confinement at Atascadero is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: June   1  , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE